IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZAKIYA VAUGHN,                          )
                                        )        2:10-cv-01160-GEB-DAD
                 Plaintiff,             )
                                        )
            v.                          )        ORDER
                                        )
SACRAMENTO CITY POLICE,                 )
                                        )
                 Defendant.             )
_____        )

On July 21, 2011, Plaintiff filed a notice of appeal. (ECF No. 9.) The appeal has since been processed to the Ninth Circuit Court of Appeals. (ECF No. 10.) Pending before this Court is the Ninth Circuit Court's referral notice, issued July 27, 2011, for a determination whether in forma pauperis status should continue for the appeal. (ECF No. 12.)

Under the Federal Rules of Appellate Procedure,

> [a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court . . . certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis . . . .

Fed. R. App. P. 24(a)(3)(A).

A review of the record demonstrates that Plaintiff's appeal is without merit and is not taken in good faith since Plaintiff's action is barred by res judicata.

1

1    Therefore, Plaintiff's request to continue to proceed in forma

2 pauperis on appeal is denied. <u>See</u> Fed. R. App. P. 24(a)(3)(A). The Clerk

3 of the Court is directed to serve the United States Court of Appeals for

4 the Ninth Circuit with a copy of this order.

5 Dated:  August 29, 2011

6

7    _____

8    GARLAND E. BURRELL, JR.
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28